USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                   :
                                            :
            -against-                       :      18-CR-282 (VEC)
                                            :
LUIS SOTO,                                  :      ORDER
                                            :
                        Defendant.          :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS this case has been remanded for limited resentencing on Count III, Dkt. 266;

IT IS HEREBY ORDERED that the resentencing will be held on **Thursday, January 28, 2021, at 11:00 A.M.**

IT IS FURTHER ORDERED that due to the rising number of COVID-19 cases in New York City, the Court prefers to hold the resentencing by video conference using the Court Call platform.  An order with additional details about the Court Call platform will be entered a few days before the sentencing.

IT IS FURTHER ORDERED that Mr. Soto must either notify the Court that he does not consent to appearing by way of video or file a waiver of in person appearance by no later than **Tuesday, January 19, 2021**.

IT IS FURTHER ORDERED that any sentencing submissions are due no later than **Friday, January 22, 2021**.

**SO ORDERED.**

Date:  January 12, 2021                              _____
       New York, NY                                  **VALERIE CAPRONI**
                                                     **United States District Judge**