USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA, :
:
-against- : 18-CR-282 (VEC)
:
LUIS SOTO, : ORDER
:
                  Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Defense counsel's sentencing submission is due Friday, April 30, 2021, Dkt. 274;

        WHEREAS Mr. Soto is scheduled to be resentenced on Tuesday May 11, 2021, at 2:00 P.M.;

        WHEREAS Mr. Soto is still in transit to a New York-based correctional facility; and

        WHEREAS Mr. Soto is required to quarantine for two weeks upon arrival at the facility;

        IT IS HEREBY ORDERED that the resentencing is adjourned to **Tuesday, June 8, 2021, at 11:00 A.M.** The resentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

        IT IS FURTHER ORDERED that Defense counsel's sentencing submission deadline is adjourned to **Friday, May 28, 2021**.

        IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend the resentencing by dialing 1-888-363-4749, using the access code 3121171 and the security code 0282. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:  April 27, 2021**
       **New York, NY**

                            **VALERIE CAPRONI**
                            **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.