USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

LUIS SOTO,

                      Defendant.
------------------------------------------------------------ X

18-CR-282 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 28, 2021, Defense counsel informed the Court that he never received a copy of Mr. Soto's Presentence Report from the Probation Office, Dkt. 277; and

       WHEREAS Mr. Soto is set to be resentenced on Tuesday, June 8, 2021 at 11:00 A.M.;

       IT IS HEREBY ORDERED that by no later than **today, June 7, 2021 at 12:00 P.M.**, the Probation Office must email a copy of Mr. Soto's amended PSR to Defense counsel;

       IT IS FURTHER ORDERED that by no later than **today, June 7, 2021, at 5:00 P.M.**, Defense counsel must inform the Court: (a) whether he is requesting an adjournment of Mr. Soto's resentencing; and (b) whether the Court should construe his May 28, 2021 sentencing submission as a motion for a reduction of sentence pursuant to the First Step Act.

**SO ORDERED.**

Date: June 7, 2021
New York, NY

                                       **VALERIE CAPRONI
                                       United States District Judge**